United States Courts
Southern District of Texas
F I L E D

OCT 05 2021

Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:                                    )   CASE NO.   21-33114
                                          )
**JZAVELA-ARETHEA DOUGHERTY**             )
Debtor                                    )
                                          )   Chapter 13
                                          )
                                          )

## MOTION FOR PEREMPTORY DISQUALIFICATION OF JUDGE

TO THE HONORABLE DAVID R. JONES, PRESIDING JUDGE OF THE ABOVE ENTITLED COURT:

The DEBTOR, JZAVELA-ARETHEA DOUGHERTY, in the above-entitled matter hereby moves that her *September 23, 2021 Bankruptcy Case 21-33114*, which has been assigned on September 23, 2021 to the HONORABLE DAVID R. JONES, JUDGE of the above-entitled Court, be re-assigned from that Judge, and that no matters hereinafter arising in this case be heard or assigned to the HONORABLE JUDGE DAVID R. JONES on the ground that said Judge is prejudiced against the Debtor, interest of Debtor, and/or Debtor's future attorney in this action.

This motion is based on the matters contained herein, and is permitted in accordance with the FRCP, CFR, ABA, and other Federal and State laws, rules, and procedures and on the supporting Declaration Under Penalty of Perjury of Debtor, JZAVELA-ARETHEA DOUGHERTY, attached hereto and filed herewith.

WHEREFORE, JZAVELA-ARETHEA DOUGHERTY is entitled forthwith to the granting of relief upon her herein timely request.

Date: October 4, 2021                     Respectfully Submitted,

                                          By: /s/ Jzavela-Arethea Dougherty
                                          Debtor
                                          Email: jzdougherty@my.lonestar.edu
                                          2534 Splintwood CT
                                          Kingwood, TX 77345
                                          832-614-5238