United States Courts
Southern District of Texas
FILED

OCT 05 2021

Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:                                          )        CASE NO.    21-33114
                                                )
**JZAVELA-ARETHEA DOUGHERTY**                   )
Debtor                                          )
                                                )        Chapter 13
                                                )

## DECLARATION IN SUPPORT OF PEREMPTORY DISQUALIFICATION OF JUDGE

I, JZAVELA-ARETHEA DOUGHERTY, declare that:

1.  I am the DEBTOR in the above-entitled matter.

2.  The HONORABLE DAVID R. JONES, JUDGE to whom the *Bankruptcy Case 21-33114* of the above-entitled matter was assigned on the day of filing on September 23, 2021, is prejudiced against the DEBTOR.

3.  As the Declarant, the DEBTOR believes that she will not have a fair and impartial case before this Judge.

I declare under penalty of perjury under the U. S. Federal laws, as well as the State of Texas laws, that the foregoing is true and correct.

Date: October 4, 2021                           Respectfully Submitted,

                                                By: /s/ Jzavela-Arethea Dougherty
                                                Debtor
                                                Email: jzdougherty@my.lonestar.edu
                                                2534 Splintwood CT
                                                Kingwood, TX 77345
                                                832-614-5238